

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00401-CV

| | | |
|---|---|---|
| In the Matter of Guardianship of Josiah Onyebuchi, an Incapacitated Person | § | From Probate Court No. 1 of |
| | § | Tarrant County (2008-0000734-1) |
| | § | September 11, 2014 |
| | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant Peter Onyebuchi shall pay all costs of this appeal for which, let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
      Justice Bob McCoy